```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

                                        Case No. 2:08-mc-0021
In re: Pamela K. Hauenstein

                                        JUDGE MARBLEY

ORDER

There having been no response to the Court's order of June 17, 2008, which gave Ms. Hauenstein ten days in which to notify the Court of the reason she filed this miscellaneous action, and there being no request for any Court action contained in her filing, this case is TERMINATED.

                                   s/Algenon L. Marbley
                                   Algenon L. Marbley
                                   United States District Judge